# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| NILOSHNA CHAKRABORTY, SAIKAT CHAKRABORTY, AND RITUPARNA CHAKRABORTY, | § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 3:23-cv-426 |
| v. | § § | JURY REQUESTED |
| MARTEN TRANSPORT, LTD., AND MAGDIEL MARRERO *Defendants.* | § § § § | |

## DEFENDANTS MARTEN TRANSPORT, LTD. AND MAGDIEL MARRERO'S

## NOTICE OF REMOVAL

Defendants Marten Transport, Ltd. and Magdiel Marrero, under 28 U.S.C. §§ 1441 and 1446, make and file this Notice of Removal of an action pending in the 205th District Court of Hudspeth County, Texas, Cause No. CV-05809 and state as follows:

### PRELIMINARY STATEMENT

1. This action belongs in the United States District Court for the Western District of Texas, El Paso Division, because all proper parties are of diverse citizenship and the amount in controversy exceeds $75,000.00.

### PROCEDURAL HISTORY

2. On October 10, 2023, Plaintiffs, Niloshna Chakraborty, Saikat Chakraborty, and Rituparna Chakraborty, filed Plaintiffs' Original Petition against Marten Transport, Ltd. and Magdiel Marrero. This case is Cause No. CV-05809, *Niloshna Chakraborty, Saikat Chakraborty, and Rituparna Chakraborty v. Marten Transport, Ltd. and Magdiel Marrero*, in the 205th Judicial District Court of Hudspeth County, Texas.

1

3. In their Original Petition, Plaintiffs assert allegations against Magdiel Marrero for negligence and gross negligence. Plaintiffs assert allegations against Marten Transport and for negligence, gross negligence, negligent supervision, negligent trailing, and negligent hiring. Plaintiffs also made a demand for a jury in their Original Petition.[1] Plaintiffs served Marten Transport with citation on October 26, 2023.[2] Magdiel Marrero has not been served to Defendants' knowledge at the time of this Removal.

4. Marten Transport and Magdiel Marrero filed their Original Answer on November 6, 2023.[3]

5. Pursuant to 28 U.S.C. § 1446 Defendants attach to this notice of removal the following: (1) All executed process in the case [4]; (2) a civil cover sheet; (3) the state court docket sheet[5]; (4) a true and correct copy of all pleadings that assert causes of action[6]; (5) all answers to such pleadings[7]; (6) a complete list of attorneys involved in the action being removed[8]; and (7) an index of the matters being filed[9].

6. Written notice of the filing of this notice of removal is being filed with the 205th District Court of Hudspeth County, Texas, and provided to Plaintiffs as required by the federal rules.

## GROUNDS FOR REMOVAL

**A. Diversity Jurisdiction Exists.**

7. Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 1446 because this is a civil action over which the Western District of Texas Federal District Courts have original

---

[1] *See* Exhibit C
[2] *See* Exhibit A
[3] *See* Exhibit C
[4] *See* Exhibit A
[5] *See* Exhibit B
[6] *See* Exhibit C
[7] *Id.*
[8] *See* Exhibit D
[9] *See* Exhibit E

2

jurisdiction. 28 U.S.C. § 1441(a) states that a civil case filed in state court may be removed to federal court if the case could have been originally brought in federal court.

8. Removal is proper to the Western District of Texas, El Paso Division, because it is the district and division embracing Hudspeth County, Texas, where the state action is pending.[10]

9. This Court has original jurisdiction under 28 U.S.C. § 1332 due to diversity of citizenship. Federal district courts have original jurisdiction of all civil actions between (i) citizens of different states, as well as (ii) citizens of a state and citizens of a foreign state not lawfully admitted for permanent residence in the United States and domiciled in the same state, where the matter in controversy exceeds $75,000.00, exclusive of interest and costs.[11]

10. Based on information and belief, Plaintiffs Kaikat and Ritparna Chakraborty are natural persons who reside in Anaheim, California, and are citizens of California.

11. Based on information and belief, Plaintiff Niloshna Chakraborty is a natural person who resides in Van Horn, Texas, and is a citizen of Texas.

1. From the time of filing to present, Marten Transport is incorporated in Delaware. Marten's principal place of business is in Wisconsin. Consequently, Marten is considered a citizen of Delaware and Wisconsin for diversity purposes. 28 U.S.C. § 1332(c)(1).

12. From the time of filing to present, Magdiel Marrero is a natural person who resides in Phoenix, Arizona, so he is a citizen of Arizona.

13. Under 28 U.S.C. § 1332(a), the removing party must show that the amount in controversy exceeds $75,000, exclusive of interest and costs[12]. Plaintiffs' Original Petition states, "Plaintiffs

---

[10] 28 U.S.C. § 1441(a)
[11] 28 U.S.C. § 1332(a)
[12] *See White v. FCI USA, Inc.* 319 F.3d 672, 675 (5th Cir. 2003) ("Normally, this burden is satisfied if the plaintiff claims a sum greater than the jurisdictional requirement")

preliminary request over $1,000,000.00."[13] Therefore, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**B. Removal is Timely.**

14. A notice of removal must be filed within thirty days after receipt by or service on the defendant of the initial pleading or summons.[14] Defendants file this Notice of Removal within thirty days of service of Plaintiffs' Original Petition. There is complete diversity entitling removal of this case to federal court.

## CONCLUSION

Marten Transport Ltd. and Magdiel Marrero hereby remove this action to the United States District Court for the Western District of Texas. The parties are completely diverse and the amount in controversy exceeds $75,000.

Marten Transport Ltd. and Magdiel Marrero hereby notice the removal of the above action now pending in the 205th District Court of Hudspeth County, Texas.

---

[13] Exhibit C at ¶2
[14] 28 U.S.C. §1446(b)(2)(B).

Respectfully submitted,

**LANZA LAW FIRM, P.C.**


*/s/ Nick Lanza*
**NICK LANZA**
*Attorney in Charge*
TBA No. 11941225
**STEW SCHMELLA**
TBA No. 24033041
**GRACE N. COUSINS**
TBA No. 24109758
2502 Algerian Way
Houston, Texas 77098
713-432-9090
713-668-6417 fax
eservice@lanzalawfirm.com

**ATTORNEYS FOR DEFENDANTS, MARTEN TRANSPORT, LTD., AND MAGDIEL MARRERO**

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of this document was sent to all known counsel of record pursuant to the Federal Rules of Civil Procedure on the 20th day of November 2023.

ZEHL & ASSOCIATES, P.C.
**W. Lamar DeLong**
2700 Post Oak Blvd., Suite 1000
Houston, Texas 77056
Tel: (713) 491-6064
Fax: (713) 585-8545
ldelong@zehllaw.com

                                                */s/ Nick Lanza*
                                                **Nick Lanza**