**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NILOSHNA CHAKRABORTY, SAIKAT CHAKRABORTY, and RITUPARNA CHAKRABORTY,** § § § § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | **EP-23-CV-00426-DB** | |
| § | | |
| **MARTEN TRANSPORT, LTD. and MAGDIEL MARRERO,** § § § | | |
| Defendants. § | | |

## FINAL JUDGMENT

On February 3, 2025, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

**SIGNED** this  3rd  day of **February 2025**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**